UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC., | CASE NO. C26-1015-KKE |
| Plaintiff(s), | DISMISSAL ORDER |
| v. | |
| PACIFIC COUNTY PUBLIC HOSPITAL DISTRICT NO. 3, | |
| Defendant(s). | |

Plaintiff Northwest Administrators, Inc. has notified the Court of its intent to dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. No. 7. Accordingly, this matter is DISMISSED with prejudice and the Clerk is directed to administratively close this case.

Dated this 17th day of April, 2026.

Kymberly K. Evanson
United States District Judge

DISMISSAL ORDER - 1